# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

FILED
12/12/16 2:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

- **Debtor:** BRIAN W & CONNIE L ISHMAN
- **Case Number:** 16-70397-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, DECEMBER 08, 2016 11:00 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#22 - Amended Plan Dated 8/17/2016 -NFC
R / M #:  22 / 0

Asked for amended
I & J & operating
reports & Business Questionare

**Appearances:**

Debtor: Seitz
Trustee: Winnecour / Bedford / Pail / (Katz)
Creditor: Warmbrodt for Lakeview loan servings

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 2/2/17 at 3:00 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

11/29/2016  11:47:17AM