# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>Brian W. Ishman<br>Connie L. Ishman<br>                          Debtors<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>                          Movant<br>   vs.<br><br>Lakeview Loan Servicing, LLC<br>                          Respondent | NO. 16-70397- JAD<br><br>CHAPTER 13 |

## CERTIFICATION OF SERVICE

I, James C. Warmbrodt, Esquire, hereby certify that the foregoing Response of Lakeview Loan Servicing, LLC to Trustee's Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges was served as indicated below, upon the parties listed below on **January 5, 2018**.

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Kenneth P. Seitz, Esq.
P.O. Box 211 (VIA ECF)
Ligonier, PA 15658

Joseph S. Sisca, Esquire
Office of the U.S. Trustee (VIA ECF)
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

Date: January 5, 2018

                                                  **/s/ James C. Warmbrodt, Esquire**
                                                  James C. Warmbrodt, Esquire
                                                  Attorney I.D. No. 42524
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA  19106
                                                  412-430-3594
                                                  jwarmbrodt@kmllawgroup.com