# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

### Conciliation Conference:

**Debtor:** BRIAN W & CONNIE L ISHMAN
**Case Number:** 16-70397-JAD    **Chapter:** 13
**Date / Time / Room:** FRIDAY, FEBRUARY 09, 2018 10:00 AM   COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

### Matter:

Objection To Notice Of Postpetition Mortgage Fees, Expenses and Charges filed by Ronda J. Winnecour, Chapter 13 Trustee
- Response Filed by Lakeview Loan Servicing on 1/5/18 at Doc. # 50
R / M #:  48 / 0

### Appearances:

TRUSTEE: WINNECOUR ✓ / KATZ / PAIL
DEBTOR(S): Kenneth P. Seitz, Esq.
CREDITOR: James C. Warmbrodt, Esq.

### Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____
        AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER: *Stipulated ord due w/30 days.

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
2/12/18 3:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA