# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Brian W. Ishman<br>Connie L. Ishman<br>               Debtors<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>               Movant<br>   vs.<br><br>Lakeview Loan Servicing, LLC<br>               Respondent | NO. 16-70397- JAD<br><br>CHAPTER 13<br><br>Related to Document Nos. 48, 50<br><br>Doc. # 53 |

## STIPULATION AND ORDER AS TO TRUSTEE'S OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES EXPENSES AND CHARGES

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Respondent, Lakeview Loan Servicing, LLC, filed a Notice of Post-Petition Mortgage Fees, Expenses, and Charges on December 20, 2016 listing fees and expenses totaling $500.00; and

WHEREAS, the Chapter 13 Trustee has filed an objection to Respondent's fees and charges; and

WHEREAS, Respondent has filed a Response to the Trustee's objection;

It is therefore Stipulated and agreed as follows:

1.  Respondent's fees and charges shall be allowed in the amount of $250.00; the balance of fees and charges in the amount of $250.00 are disallowed.

2.  Respondent shall provide to the Court and to the Trustee proof that Respondent's records have been adjusted to remove the disallowed portion of the fees and charges on or

before March 11, 2018, which proof shall include a notarized affidavit by a corporate officer reflecting that the charges have been removed, as well as a full and comprehensible loan history from the date Respondent first began servicing the loan.

3.    Respondent is prohibited from adding any fees or other charges to the debtor's account in connection with the filing of its Response, for attending any hearing in this matter, or for otherwise complying with this Stipulation and Order.

Consented to by:

*/s/ Ronda J. Winnecour*  
Ronda J. Winnecour, Esquire  
Chapter 13 Trustee  
US Steel Tower-Suite 3250  
Pittsburgh, PA  15219  
Phone: 412-471-5566  
rwinnecour@chapter13trusteewdpa.com

*/s/ James C. Warmbrodt, Esquire*  
James C. Warmbrodt, Esquire  
Attorney for Respondent  
KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
Phone: 215-627-1322  
jwarmbrodt@kmllawgroup.com

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

_____jsf___J.  
Jeffery A. Deller  
Chief U.S. Bankruptcy Judge

FILED  
2/16/18 10:23 am  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-70397-JAD
Brian W Ishman                                                            Chapter 13
Connie L Ishman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7            User: mgut                    Page 1 of 1            Date Rcvd: Feb 16, 2018
                                Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2018.
db/jdb         +Brian W Ishman,   Connie L Ishman,   410 5th Street,   Windber, PA 15963-1308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Connie L Ishman thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Brian W Ishman thedebterasers@aol.com
              Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 7