# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-70397-JAD |
| Brian W. Ishman and | : | |
| Connie L. Ishman, | : | Chapter 13 |
| Debtors | : | |
| | : | |

## CERTIFICATE OF SERVICE OF AMENDED
## SCHEDULE B AND AMENDED SCHEDULE C

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify that I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 21st day of October, 2020, a true and exact copy of the Amended Schedule B and the Amended Schedule C dated October 19, 2020, along with a copy of the Order dated October 20, 2020, on all the parties on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: October 21, 2020

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____
*Parties served by the court electronically were not served by regular mail.

Label Matrix for local noticing
0315-7
Case 16-70397-JAD
WESTERN DISTRICT OF PENNSYLVANIA
Johnstown
Mon Oct 19 13:38:45 EDT 2020

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

7
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

Montgomery Ward
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

ARS National Services, Inc.
P.O. Box 469100
Escondido, CA 92046-9100

Ally Financial
200 Renaissance Center
Detroit, MI 48243-1300

Ally Financial
PO Box 130424
Roseville MN 55113-0004

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bureaus Investment Group Portfolio No 15 LLC
c/o Recovery Management Systems Corp
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Cap One Na
Po Box 26625
Richmond, VA 23261-6625

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank, N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Cbna
Po Box 6189
Sioux Falls, SD 57117-6189

Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Cowbird Emergency Physician
P.O. Box 38032
Philadelphia, PA 19101-0777

Credit Bureau Centre
P.O. Box 273
Monroe, WI 53566-0273

Emblem MasterCard
P.O. Box 89210
Sioux Falls, SD 57109-9210

Embrace/Atlanticus
Po Box 105555
Atlanta, GA 30348-5555

Ginny's
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Ginnys
1112 7th Ave
Monroe, WI 53566-1364

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197-5253

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Lakeview Loan Servicing, LLC
c/o M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

Law Offices of Fredric I Weinberg & Asso
1001 E. Hector Street
Suite 200
Conshohocken, PA 19428-2395

Luther P. Miller, Inc.
3484 Elton Road
Johnstown, PA 15904-1998

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

| | | |
|---|---|---|
| MRS Assoc.<br>1930 Olney Avenue<br>Cherry Hill, NJ 08003-2016 | Mason Easy Pay<br>P.O. Box 2808<br>Monroe, WI 53566-8008 | Merchants Credit Guide<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606-6914 |
| Merrick Bank<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Credit Management, Inc.<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 | Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108-2709 |
| Midland Funding, LLC<br>Attn: Andrew Everett Callahan, Esquire<br>1 International Plaza, 5th Floor<br>Philadelphia, PA 19113-1510 | Midland Funding, LLC<br>c/o Hayt, Hayt & Landau, LLC<br>123 South Broad Street, Suite 1660<br>Philadelphia, PA 19109-1003 | Montgomery Ward<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | (p)PATENAUDE AND FELIX APC<br>501 CORPORATE DR<br>SOUTHPOINTE CENTER SUITE 205<br>CANONSBURG PA 15317-8584 | Penelec<br>P.O. Box 3687<br>Akron, OH 44309-3687 |
| Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Remit Corp<br>36 W Main St<br>Bloomsburg, PA 17815-1703 |
| Retrieval Masters Creditors Bureau, Inc.<br>2269 S. Saw Mill River Road<br>Building 3<br>Elmsford, NY 10523-3848 | Seventh Avenue<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |
| Stoneberry<br>P.O. Box 2820<br>Monroe, WI 53566-8020 | Stoneberry<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Syncb/Amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 |
| Syncb/Ashley Furniture<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Syncb/Jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 | Syncb/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 |
| Synchrony Bank<br>P.O. Box 960061<br>Orlando, FL 32896-0061 | The Bureaus<br>650 Dundee Road Suite 370<br>Northbrook, IL 60062-2757 | Union Plus Credit Card<br>P.O. Box 30255<br>Salt Lake City, UT 84130-0255 |
| Verizon<br>P.O. Box 151254<br>Albany, NY 12212 | Webbank/Fingerhut<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 | Brian W Ishman<br>410 5th Street<br>Windber, PA 15963-1308 |

Connie L Ishman
410 5th Street
Windber, PA 15963-1308

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658-0211

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems
PO Box 7999
St Cloud, MN 56302-9617

Bk Of Amer
Po Box 982235
El Paso, TX 79998

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Chase Card
Po Box 15298
Wilmington, DE 19850

Home Depot Credit Services
P.O. Box 182676
Columbus, OH 43218

(d)Jefferson Capital Syst
16 Mcleland Rd
Saint Cloud, MN 56303

(d)Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

M&T Bank
Lending Services, Customer Support
P.O. Box 900
Millsboro, DE 19966

Patenaude & Felix, A.P.C.
c/o Gregg L. Morris, Esquire
213 East Main Street
Carnegie, PA 15106

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
c/o Carrie A. Brown, Esquire
120 Corporate Boulevard
Norfolk, VA 23502

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Lakeview Loan Servicing, LLC

End of Label Matrix
Mailable recipients   62
Bypassed recipients    1
Total                 63