**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/25/2021

IN RE:

BRIAN W ISHMAN
CONNIE L ISHMAN
410 5TH STREET
WINDBER, PA 15963
XXX-XX-8394 Debtor(s)

XXX-XX-8223

Case No.16-70397 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/25/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **JOSHUA I GOLDMAN ESQ** | Trustee Claim Number:1 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: LAKEVIEW LN SVCNG/PRAE | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:2 INT %: 6.00% | CRED DESC: VEHICLE |
| PO BOX 772813 | Court Claim Number:3 | ACCOUNT NO.: 7838 |
| | CLAIM: 6,304.20 | |
| CHICAGO, IL 60677-2813 | COMMENT: 8314@6%MDF/PL*FR ALLY-DOC 57*CL=$8,313.43*TOTAL LOSS*DK | |

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:3 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O M & T BANK | Court Claim Number:4 | ACCOUNT NO.: 2553 |
| ATTN TRUSTEE PAYMENT CTR | | |
| PO BOX 1288 | CLAIM: 0.00 | |
| BUFFALO, NY 14240-1288 | COMMENT: PMT/DECL*667/PL@M AND T BANK*DKT4LMT*BGN 6/16 | |

| | | |
|---|---|---|
| **ASSOCIATED RECOVERY SYSTEMS** | Trustee Claim Number:4 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 469046 | Court Claim Number: | ACCOUNT NO.: 2793 |
| | CLAIM: 0.00 | |
| ESCONDIDO, CA 92046 | COMMENT: NT ADR~HOME DEPOT/SCH | |

| | | |
|---|---|---|
| **BANK OF AMERICA NA**** | Trustee Claim Number:5 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:25 | ACCOUNT NO.: 8724 |
| | CLAIM: 3,087.44 | |
| WILMINGTON, DE 19886-5102 | COMMENT: | |

| | | |
|---|---|---|
| **BANK OF AMERICA NA**** | Trustee Claim Number:6 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:24 | ACCOUNT NO.: 0707 |
| | CLAIM: 2,708.37 | |
| WILMINGTON, DE 19886-5102 | COMMENT: | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:7 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:23 | ACCOUNT NO.: 4087 |
| | CLAIM: 691.20 | |
| NORFOLK, VA 23541 | COMMENT: CAPITAL ONE | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:8 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:20 | ACCOUNT NO.: 9184 |
| | CLAIM: 984.97 | |
| NORFOLK, VA 23541 | COMMENT: CAPITAL ONE | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:9 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:21 | ACCOUNT NO.: 6250 |
| | CLAIM: 962.57 | |
| NORFOLK, VA 23541 | COMMENT: CAPITAL ONE | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:10 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:17 | ACCOUNT NO.: 7464 |
| | CLAIM: 931.93 | |
| NORFOLK, VA 23541 | COMMENT: CAPITAL ONE | |

CLAIM RECORDS

| Creditor | Claim Info | Account |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:22<br>CLAIM: 672.98<br>COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7670 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGEI<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 2,145.75<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3849 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 470.84<br>COMMENT: SUNOCO~CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9730 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8150 |
| **COWBIRD EMERGENCY PHYSICIANS LLC**<br>PO BOX 38032<br><br>PHILADELPHIA, PA 19101 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4371 |
| **STONEBERRY**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 635.97<br>COMMENT: 5740/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4C2G |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 981.35<br>COMMENT: REF: 3288232805*EMBLEM~MID AMERICA B&T CO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7350 |
| **EMBRACE**<br>POB 8003<br><br>ST CLOUD, MN 56302 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~ATLANTICUS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7332 |
| **GINNYS**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 2,599.42<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1630 |
| **GINNYS**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 1,254.01<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5630 |

CLAIM RECORDS

| Creditor | Claim | Creditor Description |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number: | ACCOUNT NO.: 6003 |
| | CLAIM: 0.00 | |
| CHICAGO, IL 60677-2813 | COMMENT: FINGERHUT/SCH | |
| **LUTHER P MILLER INC** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 3484 ELTON RD | Court Claim Number: | ACCOUNT NO.: 0095 |
| | CLAIM: 0.00 | |
| JOHNSTOWN, PA 15904 | COMMENT: | |
| **MERCHANTS CREDIT GUIDE** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 223 WEST JACKSON BLVD | Court Claim Number: | ACCOUNT NO.: 2306 |
| | CLAIM: 0.00 | |
| CHICAGO, IL 60606 | COMMENT: SEVENTH AVE/SCH | |
| **MERRICK BANK** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS** | Court Claim Number:2 | ACCOUNT NO.: 0654 |
| POB 10368 | | |
| | CLAIM: 2,471.96 | |
| GREENVILLE, SC 29603-0368 | COMMENT: | |
| **MIDLAND FUNDING LLC** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:12 | ACCOUNT NO.: 8513 |
| PO BOX 2011 | | |
| | CLAIM: 2,303.89 | |
| WARREN, MI 48090 | COMMENT: CAPITAL ONE*X8241/SCH | |
| **MIDLAND FUNDING** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.: 3384 |
| | CLAIM: 0.00 | |
| WARREN, MI 48090 | COMMENT: SYNCHRONY BANK/SCH | |
| **MIDLAND FUNDING** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.: 2739 |
| | CLAIM: 0.00 | |
| WARREN, MI 48090 | COMMENT: NT ADR~WEBBANK/SCH | |
| **MONTGOMERY WARDS**** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SVC* | Court Claim Number:7 | ACCOUNT NO.: 5290 |
| PO BOX 800849 | | |
| | CLAIM: 750.26 | |
| DALLAS, TX 75380 | COMMENT: | |
| **MRS ASSOCIATES INC** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1930 OLNEY AVE | Court Claim Number: | ACCOUNT NO.: 3789 |
| | CLAIM: 0.00 | |
| CHERRY HILL, NJ 08003 | COMMENT: CAP 1/SCH | |
| **PATENAUDE AND FELIX APC** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 4545 MURPHY CANYON RD | Court Claim Number: | ACCOUNT NO.: 2015 |
| 3RD FL | | |
| | CLAIM: 0.00 | |
| SAN DIEGO, CA 92123 | COMMENT: NT ADR~SYNCHRONY BANK/SCH | |

CLAIM RECORDS

**PENELEC** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 16001 | Court Claim Number: | ACCOUNT NO.: 2413
ATTN REVENUE ASSURANCE
CLAIM: 0.00
READING, PA 19612-6001 | COMMENT:

**PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 12914 | Court Claim Number:26 | ACCOUNT NO.: 8758
CLAIM: 1,715.90
NORFOLK, VA 23541 | COMMENT: AMAZON~SYNCHRONY

**PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 12914 | Court Claim Number:18 | ACCOUNT NO.: 4924
CLAIM: 1,500.48
NORFOLK, VA 23541 | COMMENT: HOME DEPOT~CITIBANK NA

**PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
POB 12914 | Court Claim Number: | ACCOUNT NO.: 7670
CLAIM: 0.00
NORFOLK, VA 23541 | COMMENT: HSBC BANK/SCH

**REMIT CORP++** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
36 W MAIN ST | Court Claim Number: | ACCOUNT NO.: 8854
POB 7
CLAIM: 0.00
BLOOMSBURG, PA 17815-1703 | COMMENT: WINDBER MDCL CNTR/SCH

**RMCP++** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
2269 SAW MILL RD | Court Claim Number: | ACCOUNT NO.: 8691
CLAIM: 0.00
ELMS FORD, NY 10523 | COMMENT: MASONS/SCH

**SEVENTH AVENUE** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O CREDITORS BANKRUPTCY SVC* | Court Claim Number:5 | ACCOUNT NO.: 1570
PO BOX 800849
CLAIM: 986.84
DALLAS, TX 75380 | COMMENT: 657O/SCH

**MIDLAND FUNDING LLC** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:10 | ACCOUNT NO.: 2739
PO BOX 2011
CLAIM: 2,204.27
WARREN, MI 48090 | COMMENT: AMAZON~SYNCHRONY*NO$/SCH

**SYNCHRONY BANK++** | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O RECOVERY MANAGEMENT SYSTEMS CORF | Court Claim Number: | ACCOUNT NO.: 8758
25 SE 2ND AVE STE 1120
CLAIM: 0.00
MIAMI, FL 33131-1605 | COMMENT: NT ADR~AMAZON/SCH

**SYNCHRONY BANK++** | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O RECOVERY MANAGEMENT SYSTEMS CORF | Court Claim Number: | ACCOUNT NO.: 8466
25 SE 2ND AVE STE 1120
CLAIM: 0.00
MIAMI, FL 33131-1605 | COMMENT: NT ADR~ASHLEY FURNITURE/SCH

CLAIM RECORDS

**MIDLAND FUNDING LLC** | Trustee Claim Number:41 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O MIDLAND CREDIT MANAGEMENT INC - AGE | Court Claim Number:13 | ACCOUNT NO.: 3394
PO BOX 2011
CLAIM: 1,148.33
WARREN, MI 48090 | COMMENT: JCP~SYNCHRONY

**SYNCHRONY BANK++** | Trustee Claim Number:42 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O RECOVERY MANAGEMENT SYSTEMS CORP | Court Claim Number: | ACCOUNT NO.: 5262
25 SE 2ND AVE STE 1120
CLAIM: 0.00
MIAMI, FL 33131-1605 | COMMENT: NT ADR~WAL MART/SCH

**BUREAUS INVESTMENT GROUP PORTFOLIO NO** | Trustee Claim Number:43 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O RECOVERY MGMNT SYST CORP | Court Claim Number:1 | ACCOUNT NO.: 2547
25 SE 2ND AVE STE 1120
CLAIM: 714.12
MIAMI, FL 33131-1605 | COMMENT: 2496/SCH*CAP 1

**UNION PLUS CREDIT CARD++** | Trustee Claim Number:44 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
POB 88000 | Court Claim Number: | ACCOUNT NO.: 8513
CLAIM: 0.00
BALTIMORE, MD 21288 | COMMENT: NT ADR/SCH

**VERIZON++** | Trustee Claim Number:45 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
500 TECHNOLOGY DR STE 30 | Court Claim Number: | ACCOUNT NO.: 602Y
CLAIM: 0.00
WELDON SPRING, MO 63304 | COMMENT: NT ADR/SCH

**MIDLAND FUNDING LLC** | Trustee Claim Number:46 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O MIDLAND CREDIT MANAGEMENT INC - AGE | Court Claim Number:14 | ACCOUNT NO.: 4370
PO BOX 2011
CLAIM: 1,101.56
WARREN, MI 48090 | COMMENT: WEBBANK~BLUESTEM~FINGERHUT

**JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:47 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 772813 | Court Claim Number:15 | ACCOUNT NO.: 9285
CLAIM: 1,102.81
CHICAGO, IL 60677-2813 | COMMENT: REF 3095710626*FINGERHUT*NO$/SCH

**CAPITAL ONE**** | Trustee Claim Number:48 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY
6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.: 3235
CLAIM: 0.00
CHARLOTTE, NC 28269 | COMMENT:

**CAPITAL ONE**** | Trustee Claim Number:49 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY
6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.: 8513
CLAIM: 0.00
CHARLOTTE, NC 28269 | COMMENT:

**HOME DEPOT CREDIT SERVICES** | Trustee Claim Number:50 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY
PO BOX 790328 | Court Claim Number: | ACCOUNT NO.: 4924
CLAIM: 0.00
SAINT LOUIS, MO 63179 | COMMENT: NT ADR/SCH

CLAIM RECORDS

**HSBC BANK USA** | Trustee Claim Number:51 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY
BANKRUPTCY UNIT | Court Claim Number: | ACCOUNT NO.:
POB 2103
CLAIM: 0.00
BUFFALO, NY 14240-2103 | COMMENT: NT ADR/SCH

**FREDERIC I WEINBERG ESQ** | Trustee Claim Number:52 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY
THE LAW OFCS OF FREDERIC I WEINBERG & AS | Court Claim Number: | ACCOUNT NO.: 2015
375 E ELM ST STE 210
CLAIM: 0.00
CONSHOHOCKEN, PA 19428 | COMMENT:

**MASON EASY PAY** | Trustee Claim Number:53 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY
POB 77001 | Court Claim Number: | ACCOUNT NO.:
CLAIM: 0.00
MADISON, WI 53707-1001 | COMMENT: NT ADR/SCH

**MIDLAND FUNDING** | Trustee Claim Number:54 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY
PO BOX 2011 | Court Claim Number: | ACCOUNT NO.: 2015
CLAIM: 0.00
WARREN, MI 48090 | COMMENT: NT ADR/SCH

**PRA AG FUNDING LLC** | Trustee Claim Number:55 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY
C/O PORTFOLIO RECOVERY ASSOC | Court Claim Number: | ACCOUNT NO.: 2015
120 CORPORATE BLVD STE 100
CLAIM: 0.00
NORFOLK, VA 23502 | COMMENT:

**STONEBERRY** | Trustee Claim Number:56 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY
POB 2820 | Court Claim Number: | ACCOUNT NO.:
CLAIM: 0.00
MONROE, WI 53566 | COMMENT:

**SYNCHRONY BANK++** | Trustee Claim Number:57 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY
C/O RECOVERY MANAGEMENT SYSTEMS CORP | Court Claim Number: | ACCOUNT NO.:
25 SE 2ND AVE STE 1120
CLAIM: 0.00
MIAMI, FL 33131-1605 | COMMENT:

**LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:58 INT %: 0.00% | CRED DESC: MORTGAGE ARR.
C/O M & T BANK | Court Claim Number:4 | ACCOUNT NO.: 2553
ATTN TRUSTEE PAYMENT CTR
PO BOX 1288 | CLAIM: 10,762.16
BUFFALO, NY 14240-1288 | COMMENT: $CL-PL*THRU 5/16

**LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:59 INT %: 0.00% | CRED DESC: Post Petition Claim (1305)
C/O M & T BANK | Court Claim Number:4 | ACCOUNT NO.: 2553
ATTN TRUSTEE PAYMENT CTR
PO BOX 1288 | CLAIM: 650.00
BUFFALO, NY 14240-1288 | COMMENT: NT PROV/PL*NTC POSTPET FEES/EXP*REF CL*W/3,58

**LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:60 INT %: 0.00% | CRED DESC: Post Petition Claim (1305)
C/O M & T BANK | Court Claim Number:4 | ACCOUNT NO.: 2553
ATTN TRUSTEE PAYMENT CTR
PO BOX 1288 | CLAIM: 250.00
BUFFALO, NY 14240-1288 | COMMENT: $OE*SUPP NTC POSTPET FEE/EXP: 7/27/16=$550*REF CL*W/4