Certificate Number: 14424-PAW-DE-035558556

Bankruptcy Case Number: 16-70397



14424-PAW-DE-035558556

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 11, 2021</u>, at <u>8:16</u> o'clock <u>PM EDT</u>, <u>Brian W Ishman</u> completed a course on personal financial management given <u>by internet</u> by <u>BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>April 11, 2021</u>          By:  <u>/s/Mabelyn  Ramirez</u>

                                    Name:  <u>Mabelyn  Ramirez</u>

                                    Title:  <u>Instructor</u>