Certificate Number: 14424-PAW-DE-035558557

Bankruptcy Case Number: 16-70397



14424-PAW-DE-035558557

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 11, 2021, at 8:16 o'clock PM EDT, Connie L Ishman completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: April 11, 2021

By: /s/Mabelyn Ramirez

Name: Mabelyn Ramirez

Title: Instructor