IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-70397-JAD |
| Brian W. Ishman and | : | |
| Connie L. Ishman, | : | Chapter 13 |
| Debtor | : | |
| | : | Docket No. 81 |
| Brian W. Ishman and | : | |
| Connie L. Ishman, | : | |
| Movant | : | |
| v. | : | |
| No Respondents | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On April 12, 2021, at docket number 72 and docket number 73, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form. This Certification is being signed under penalty of perjury by Kenneth P. Seitz, Esquire that he duly questioned the Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: August 4, 2021        By:    /s/ Kenneth P. Seitz, Esquire
                                    Signature
                                    Kenneth P. Seitz, Esquire
                                    Name of Filer - Typed
                                    P.O. Box 211, Ligonier, PA 15658
                                    Address of Filer
                                    TheDebtErasers@aol.com
                                    Email Address of Filer
                                    (814) 536-7470
                                    Phone Number of Filer
                                    81666 Pennsylvania
                                    Bar I.D. and State of Admission

PAWB Local Form 24 (07/13)