Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Brian W Ishman
Connie L Ishman
dba Connie's Family Hairstyles**
  Debtor(s)

Bankruptcy Case No.: 16−70397−JAD

Chapter: 13
Docket No.: 80 − 78

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 3rd of August, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/7/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/17/21 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/7/21.**

                                              Jeffery A. Deller
                                              United States Bankruptcy Judge

  cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brian W Ishman  
Connie L Ishman  
    Debtors

Case No. 16-70397-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: jfur      Page 1 of 4  
Date Rcvd: Aug 03, 2021      Form ID: 408      Total Noticed: 60

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian W Ishman, Connie L Ishman, 410 5th Street, Windber, PA 15963-1308 |
| 14234850 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 14300104 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14234862 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, P.O. Box 182676, Columbus, OH 43218 |
| 14234857 | + | Cowbird Emergency Physician, P.O. Box 38032, Philadelphia, PA 19101-0777 |
| 14234858 | + | Credit Bureau Centre, P.O. Box 273, Monroe, WI 53566-0273 |
| 14234860 | + | Embrace/Atlanticus, Po Box 105555, Atlanta, GA 30348-5555 |
| 14234863 | + | HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 14234865 | + | Law Offices of Fredric I Weinberg & Asso, 1001 E. Hector Street, Suite 200, Conshohocken, PA 19428-2395 |
| 14234866 | + | Luther P. Miller, Inc., 3484 Elton Road, Johnstown, PA 15904-1998 |
| 14234876 | + | MRS Assoc., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14234869 | #+ | Merchants Credit Guide, 223 W Jackson Blvd Ste 4, Chicago, IL 60606-6914 |
| 14234873 | + | Midland Funding, LLC, c/o Hayt, Hayt & Landau, LLC, 123 South Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |
| 14234874 | + | Midland Funding, LLC, Attn: Andrew Everett Callahan, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14234878 | + | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14234882 | + | Remit Corp, 36 W Main St, Bloomsburg, PA 17815-1703 |
| 14234891 | + | The Bureaus, 650 Dundee Road Suite 370, Northbrook, IL 60062-2757 |
| 14234892 | + | Union Plus Credit Card, P.O. Box 30255, Salt Lake City, UT 84130-0255 |
| 14234893 | | Verizon, P.O. Box 151254, Albany, NY 12212 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 03 2021 23:11:00 | Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| 14234849 | + | Email/Text: legal@arsnational.com | Aug 03 2021 23:11:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 14246822 | | Email/Text: ally@ebn.phinsolutions.com | Aug 03 2021 23:11:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14234848 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 03 2021 23:11:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14238170 | | Email/PDF: rmscedi@recoverycorp.com | Aug 03 2021 23:20:58 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 14234852 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 03 2021 23:10:32 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14234851 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 03 2021 23:10:32 | Cap One Na, Po Box 26625, Richmond, VA 23261-6625 |
| 14234853 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 03 2021 23:10:10 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14234854 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:21:04 | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14234855 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:21:05 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14234859 | + | Email/Text: bknotices@totalcardinc.com | Aug 03 2021 23:11:00 | Emblem MasterCard, P.O. Box 89210, Sioux Falls, SD 57109-9210 |
| 14254651 | + | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:11:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14234861 | + | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:11:00 | Ginnys, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14234864 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 03 2021 23:11:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14293534 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 03 2021 23:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14234856 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 03 2021 23:10:32 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14248751 | | Email/Text: camanagement@mtb.com | Aug 03 2021 23:11:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14234867 | | Email/Text: camanagement@mtb.com | Aug 03 2021 23:11:00 | M&T Bank, Lending Services, Customer Support, P.O. Box 900, Millsboro, DE 19966 |
| 14246342 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 03 2021 23:20:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14275827 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2021 23:11:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14234868 | + | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:11:00 | Mason Easy Pay, P.O. Box 2808, Monroe, WI 53566-8008 |
| 14234870 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 03 2021 23:20:58 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14234871 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2021 23:11:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14234872 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2021 23:11:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14234875 | + | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:11:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14254650 | + | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:11:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14234877 | | Email/Text: paparalegals@pandf.us | Aug 03 2021 23:11:00 | Patenaude & Felix, A.P.C., c/o Gregg L. Morris, Esquire, 213 East Main Street, Carnegie, PA 15106 |
| 14234880 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 23:20:58 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14234881 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 23:10:23 | Portfolio Recovery Associates, LLC, c/o Carrie A. Brown, Esquire, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14234879 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 23:10:15 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14234883 | + | Email/Text: bkrpt@retrievalmasters.com | Aug 03 2021 23:11:00 | Retrieval Masters Creditors Bureau, Inc., 2269 S. Saw Mill River Road, Building 3, Elmsford, NY 10523-3848 |

Case 16-70397-JAD    Doc 82    Filed 08/05/21    Entered 08/06/21 00:29:29    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-7 | User: jfur | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 03, 2021 | Form ID: 408 | Total Noticed: 60 |

| 14251969 | + Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:11:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14234884 | + Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:11:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14234885 | + Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:11:00 | Stoneberry, P.O. Box 2820, Monroe, WI 53566-8020 |
| 14251979 | + Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:11:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14234886 | + Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:10:08 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14234887 | + Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:10:08 | Syncb/Ashley Furniture, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14234888 | + Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:10:06 | Syncb/Jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14234889 | + Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:10:07 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14234890 | + Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:10:10 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14234894 | + Email/Text: bnc-bluestem@quantum3group.com | Aug 03 2021 23:11:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| 14296960 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |

District/off: 0315-7 | User: jfur | Page 4 of 4
Date Rcvd: Aug 03, 2021 | Form ID: 408 | Total Noticed: 60

Joshua I. Goldman
    on behalf of Creditor Lakeview Loan Servicing  LLC jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Kenneth P. Seitz
    on behalf of Joint Debtor Connie L Ishman thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Debtor Brian W Ishman thedebterasers@aol.com

Matthew John McClelland
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7