**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BRIAN W ISHMAN
CONNIE L ISHMAN
       Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
       Movant
     vs.
No Respondents.

Case No.:16-70397 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 26, 2021

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/23/2016 and confirmed on 7/26/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 69,802.54 |
| Less Refunds to Debtor | 55.80 | |
| TOTAL AMOUNT OF PLAN FUND | | 69,746.74 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,648.00 | |
| Trustee Fee | 3,458.55 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,106.55 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 2553 | 0.00 | 41,242.69 | 0.00 | 41,242.69 |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 2553 | 10,762.16 | 10,762.16 | 0.00 | 10,762.16 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 7838 | 6,304.20 | 6,304.20 | 1,266.79 | 7,570.99 |
| | | | | 59,575.84 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRIAN W ISHMAN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRIAN W ISHMAN<br>Acct: | 55.80 | 55.80 | 0.00 | 0.00 |
| LAW OFFICES OF KENNETH P SEITZ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KENNETH P SEITZ ESQ<br>Acct: | 3,648.00 | 3,648.00 | 0.00 | 0.00 |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 2553 | 650.00 | 650.00 | 0.00 | 650.00 |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 2553 | 250.00 | 250.00 | 0.00 | 250.00 |
| RONDA J WINNECOUR TRUSTEE/CLERK<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXOLIO | 45.29 | 45.29 | 0.00 | 45.29 |
| | | | | 945.29 |
| **Unsecured** | | | | |
| ASSOCIATED RECOVERY SYSTEMS<br>Acct: 2793 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA**<br>Acct: 8724 | 3,087.44 | 195.81 | 0.00 | 195.81 |
| BANK OF AMERICA NA**<br>Acct: 0707 | 2,708.37 | 171.76 | 0.00 | 171.76 |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 691.20 | 43.84 | 0.00 | 43.84 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 4087 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 984.97 | 62.47 | 0.00 | 62.47 |
| | Acct: 9184 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 962.57 | 61.05 | 0.00 | 61.05 |
| | Acct: 6250 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 931.93 | 59.10 | 0.00 | 59.10 |
| | Acct: 7464 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 672.98 | 42.68 | 0.00 | 42.68 |
| | Acct: 7670 | | | | |
| | MIDLAND FUNDING LLC | 2,145.75 | 136.08 | 0.00 | 136.08 |
| | Acct: 3849 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 470.84 | 29.86 | 0.00 | 29.86 |
| | Acct: 9730 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8150 | | | | |
| | COWBIRD EMERGENCY PHYSICIANS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4371 | | | | |
| | STONEBERRY | 635.97 | 40.33 | 0.00 | 40.33 |
| | Acct: 4C2G | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 981.35 | 62.24 | 0.00 | 62.24 |
| | Acct: 7350 | | | | |
| | EMBRACE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7332 | | | | |
| | GINNYS | 2,599.42 | 164.86 | 0.00 | 164.86 |
| | Acct: 1630 | | | | |
| | GINNYS | 1,254.01 | 79.53 | 0.00 | 79.53 |
| | Acct: 5630 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6003 | | | | |
| | LUTHER P MILLER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0095 | | | | |
| | MERCHANTS CREDIT GUIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2306 | | | | |
| | MERRICK BANK | 2,471.96 | 156.77 | 0.00 | 156.77 |
| | Acct: 0654 | | | | |
| | MIDLAND FUNDING LLC | 2,303.89 | 146.11 | 0.00 | 146.11 |
| | Acct: 8513 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3384 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2739 | | | | |
| | MONTGOMERY WARDS** | 750.26 | 47.58 | 0.00 | 47.58 |
| | Acct: 5290 | | | | |
| | MRS ASSOCIATES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3789 | | | | |
| | PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2015 | | | | |
| | PENELEC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2413 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,715.90 | 108.82 | 0.00 | 108.82 |
| | Acct: 8758 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,500.48 | 95.16 | 0.00 | 95.16 |
| | Acct: 4924 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7670 | | | | |
| | REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8854 | | | | |
| | RMCP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8691 | | | | |
| | SEVENTH AVENUE | 986.84 | 62.59 | 0.00 | 62.59 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1570 | | | | |
|   MIDLAND FUNDING LLC | 2,204.27 | 139.79 | 0.00 | 139.79 |
| Acct: 2739 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8758 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8466 | | | | |
|   MIDLAND FUNDING LLC | 1,148.33 | 72.83 | 0.00 | 72.83 |
| Acct: 3394 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5262 | | | | |
|   BUREAUS INVESTMENT GROUP PORTFO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2547 | | | | |
|   UNION PLUS CREDIT CARD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8513 | | | | |
|   VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 602Y | | | | |
|   MIDLAND FUNDING LLC | 1,101.56 | 69.86 | 0.00 | 69.86 |
| Acct: 4370 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 1,102.81 | 69.94 | 0.00 | 69.94 |
| Acct: 9285 | | | | |
|   JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3235 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8513 | | | | |
|   HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4924 | | | | |
|   HSBC BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   FREDERIC I WEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2015 | | | | |
|   MASON EASY PAY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2015 | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2015 | | | | |
|   STONEBERRY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,119.06 |

TOTAL PAID TO CREDITORS                                                        62,640.19

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 945.29 |
| SECURED | 17,066.36 |
| UNSECURED | 33,413.10 |

Date: 07/26/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    BRIAN W ISHMAN
    CONNIE L ISHMAN
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-70397 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70397-JAD |
| Brian W Ishman | Chapter 13 |
| Connie L Ishman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: jfur | Page 1 of 4 |
| Date Rcvd: Aug 03, 2021 | Form ID: pdf900 | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian W Ishman, Connie L Ishman, 410 5th Street, Windber, PA 15963-1308 |
| 14234850 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 14300104 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14234862 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, P.O. Box 182676, Columbus, OH 43218 |
| 14234857 | + | Cowbird Emergency Physician, P.O. Box 38032, Philadelphia, PA 19101-0777 |
| 14234858 | + | Credit Bureau Centre, P.O. Box 273, Monroe, WI 53566-0273 |
| 14234860 | + | Embrace/Atlanticus, Po Box 105555, Atlanta, GA 30348-5555 |
| 14234863 | + | HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 14234865 | + | Law Offices of Fredric I Weinberg & Asso, 1001 E. Hector Street, Suite 200, Conshohocken, PA 19428-2395 |
| 14234866 | + | Luther P. Miller, Inc., 3484 Elton Road, Johnstown, PA 15904-1998 |
| 14234876 | + | MRS Assoc., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14234869 | #+ | Merchants Credit Guide, 223 W Jackson Blvd Ste 4, Chicago, IL 60606-6914 |
| 14234873 | + | Midland Funding, LLC, c/o Hayt, Hayt & Landau, LLC, 123 South Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |
| 14234874 | + | Midland Funding, LLC, Attn: Andrew Everett Callahan, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14234878 | + | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14234882 | + | Remit Corp, 36 W Main St, Bloomsburg, PA 17815-1703 |
| 14234891 | + | The Bureaus, 650 Dundee Road Suite 370, Northbrook, IL 60062-2757 |
| 14234892 | + | Union Plus Credit Card, P.O. Box 30255, Salt Lake City, UT 84130-0255 |
| 14234893 | | Verizon, P.O. Box 151254, Albany, NY 12212 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 03 2021 23:11:00 | Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| 14234849 | + | Email/Text: legal@arsnational.com | Aug 03 2021 23:11:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 14246822 | | Email/Text: ally@ebn.phinsolutions.com | Aug 03 2021 23:11:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14234848 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 03 2021 23:11:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14238170 | | Email/PDF: rmscedi@recoverycorp.com | Aug 03 2021 23:10:23 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 14234852 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 03 2021 23:10:10 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |

Case 16-70397-JAD   Doc 83   Filed 08/05/21   Entered 08/06/21 00:29:29   Desc Imaged
Certificate of Notice   Page 8 of 10

| District/off: 0315-7 | User: jfur | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Aug 03, 2021 | Form ID: pdf900 | Total Noticed: 60 |

| | | | | |
| --- | --- | --- | --- | --- |
| 14234851 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 03 2021 23:10:23 | Cap One Na, Po Box 26625, Richmond, VA 23261-6625 |
| 14234853 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 03 2021 23:10:32 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14234854 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:21:10 | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14234855 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:21:05 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14234859 | + | Email/Text: bknotices@totalcardinc.com | Aug 03 2021 23:11:00 | Emblem MasterCard, P.O. Box 89210, Sioux Falls, SD 57109-9210 |
| 14254651 | + | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:11:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14234861 | + | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:11:00 | Ginnys, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14234864 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 03 2021 23:11:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14293534 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 03 2021 23:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14234856 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 03 2021 23:10:32 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14248751 | | Email/Text: camanagement@mtb.com | Aug 03 2021 23:11:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14234867 | | Email/Text: camanagement@mtb.com | Aug 03 2021 23:11:00 | M&T Bank, Lending Services, Customer Support, P.O. Box 900, Millsboro, DE 19966 |
| 14246342 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 03 2021 23:10:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14275827 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2021 23:11:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14234868 | + | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:11:00 | Mason Easy Pay, P.O. Box 2808, Monroe, WI 53566-8008 |
| 14234870 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 03 2021 23:10:23 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14234871 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2021 23:11:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14234872 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2021 23:11:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14234875 | + | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:11:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14254650 | + | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:11:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14234877 | | Email/Text: paparalegals@pandf.us | Aug 03 2021 23:11:00 | Patenaude & Felix, A.P.C., c/o Gregg L. Morris, Esquire, 213 East Main Street, Carnegie, PA 15106 |
| 14234880 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 23:10:33 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14234881 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 23:20:58 | Portfolio Recovery Associates, LLC, c/o Carrie A. Brown, Esquire, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14234879 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 23:20:58 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14234883 | + | Email/Text: bkrpt@retrievalmasters.com | Aug 03 2021 23:11:00 | Retrieval Masters Creditors Bureau, Inc., 2269 S. Saw Mill River Road, Building 3, Elmsford, NY 10523-3848 |

Case 16-70397-JAD Doc 83 Filed 08/05/21 Entered 08/06/21 00:29:29 Desc Imaged
Certificate of Notice Page 9 of 10

| District/off: 0315-7 | User: jfur | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 03, 2021 | Form ID: pdf900 | Total Noticed: 60 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14251969 | + | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:11:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14234884 | + | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:11:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14234885 | + | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:11:00 | Stoneberry, P.O. Box 2820, Monroe, WI 53566-8020 |
| 14251979 | + | Email/Text: bankruptcy@sccompanies.com | Aug 03 2021 23:11:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14234886 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:10:22 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14234887 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:10:22 | Syncb/Ashley Furniture, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14234888 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:10:10 | Syncb/Jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14234889 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:10:06 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14234890 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:10:10 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14234894 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 03 2021 23:11:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| 14296960 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Joshua I. Goldman | |

on behalf of Creditor Lakeview Loan Servicing  LLC jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Kenneth P. Seitz
    on behalf of Joint Debtor Connie L Ishman thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Debtor Brian W Ishman thedebterasers@aol.com

Matthew John McClelland
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7