**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Brian W Ishman** | Social Security number or ITIN  xxx–xx–8394 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Connie L Ishman** | Social Security number or ITIN  xxx–xx–8223 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **16–70397–JAD**

# Order of Discharge                                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Brian W Ishman                                            Connie L Ishman
                                                              dba Connie's Family Hairstyles

    <u>9/9/21</u>                                             **By the court:**    <u>Jeffery A. Deller</u>
                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-70397-JAD
Brian W Ishman     Chapter 13
Connie L Ishman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: mgut     Page 1 of 4
Date Rcvd: Sep 09, 2021     Form ID: 3180W     Total Noticed: 62

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian W Ishman, Connie L Ishman, 410 5th Street, Windber, PA 15963-1308 |
| 14300104 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14234862 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, P.O. Box 182676, Columbus, OH 43218 |
| 14234857 | + | Cowbird Emergency Physician, P.O. Box 38032, Philadelphia, PA 19101-0777 |
| 14234858 | + | Credit Bureau Centre, P.O. Box 273, Monroe, WI 53566-0273 |
| 14234860 | + | Embrace/Atlanticus, Po Box 105555, Atlanta, GA 30348-5555 |
| 14234865 | + | Law Offices of Fredric I Weinberg & Asso, 1001 E. Hector Street, Suite 200, Conshohocken, PA 19428-2395 |
| 14234866 | + | Luther P. Miller, Inc., 3484 Elton Road, Johnstown, PA 15904-1998 |
| 14234876 | + | MRS Assoc., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14234869 | #+ | Merchants Credit Guide, 223 W Jackson Blvd Ste 4, Chicago, IL 60606-6914 |
| 14234873 | + | Midland Funding, LLC, c/o Hayt, Hayt & Landau, LLC, 123 South Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |
| 14234874 | + | Midland Funding, LLC, Attn: Andrew Everett Callahan, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14234878 | + | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14234882 | + | Remit Corp, 36 W Main St, Bloomsburg, PA 17815-1703 |
| 14234891 | + | The Bureaus, 650 Dundee Road Suite 370, Northbrook, IL 60062-2757 |
| 14234892 | + | Union Plus Credit Card, P.O. Box 30255, Salt Lake City, UT 84130-0255 |
| 14234893 | | Verizon, P.O. Box 151254, Albany, NY 12212 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Sep 10 2021 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 09 2021 23:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Sep 10 2021 03:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 09 2021 23:16:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | EDI: JEFFERSONCAP.COM | Sep 10 2021 03:18:00 | Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| 14234849 | + EDI: ARSN.COM | Sep 10 2021 03:18:00 | ARS National Services, Inc., P.O. Box 469100, |

Case 16-70397-JAD    Doc 87    Filed 09/11/21    Entered 09/12/21 00:27:30    Desc Imaged
                               Certificate of Notice    Page 4 of 6

| District/off: 0315-7 | User: mgut | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 09, 2021 | Form ID: 3180W | Total Noticed: 62 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Escondido, CA 92046-9100 |
| 14246822 | | EDI: GMACFS.COM | Sep 10 2021 03:18:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14234848 | + | EDI: GMACFS.COM | Sep 10 2021 03:18:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14234850 | | EDI: BANKAMER.COM | Sep 10 2021 03:18:00 | Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 14238170 | | EDI: RECOVERYCORP.COM | Sep 10 2021 03:18:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 14234852 | | EDI: CAPITALONE.COM | Sep 10 2021 03:18:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14234851 | + | EDI: CAPITALONE.COM | Sep 10 2021 03:18:00 | Cap One Na, Po Box 26625, Richmond, VA 23261-6625 |
| 14234853 | + | EDI: CAPITALONE.COM | Sep 10 2021 03:18:00 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14234854 | + | EDI: CITICORP.COM | Sep 10 2021 03:18:00 | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14234855 | + | EDI: CITICORP.COM | Sep 10 2021 03:18:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14234859 | + | EDI: TCISOLUTIONS.COM | Sep 10 2021 03:18:00 | Emblem MasterCard, P.O. Box 89210, Sioux Falls, SD 57109-9210 |
| 14254651 | + | EDI: CBS7AVE | Sep 10 2021 03:18:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14234861 | + | EDI: CBS7AVE | Sep 10 2021 03:18:00 | Ginnys, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14234863 | + | EDI: HFC.COM | Sep 10 2021 03:18:00 | HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 14234864 | | EDI: JEFFERSONCAP.COM | Sep 10 2021 03:18:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14293534 | | EDI: JEFFERSONCAP.COM | Sep 10 2021 03:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14234856 | | EDI: JPMORGANCHASE | Sep 10 2021 03:18:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14248751 | | Email/Text: camanagement@mtb.com | Sep 09 2021 23:16:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14234867 | | Email/Text: camanagement@mtb.com | Sep 09 2021 23:16:00 | M&T Bank, Lending Services, Customer Support, P.O. Box 900, Millsboro, DE 19966 |
| 14246342 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2021 23:22:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14275827 | + | EDI: MID8.COM | Sep 10 2021 03:18:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14234868 | + | EDI: CBSMASON | Sep 10 2021 03:18:00 | Mason Easy Pay, P.O. Box 2808, Monroe, WI 53566-8008 |
| 14234870 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2021 23:22:49 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14234871 | + | EDI: MID8.COM | Sep 10 2021 03:18:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14234872 | + | EDI: MID8.COM | Sep 10 2021 03:18:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14234875 | + | EDI: CBS7AVE | Sep 10 2021 03:18:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14254650 | + | EDI: CBS7AVE | Sep 10 2021 03:18:00 | Montgomery Ward, c/o Creditors Bankruptcy |

Case 16-70397-JAD    Doc 87    Filed 09/11/21    Entered 09/12/21 00:27:30    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-7 | User: mgut | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 09, 2021 | Form ID: 3180W | Total Noticed: 62 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14234877 | | Email/Text: paparalegals@pandf.us | Sep 09 2021 23:16:00 | Patenaude & Felix, A.P.C., c/o Gregg L. Morris, Esquire, 213 East Main Street, Carnegie, PA 15106 |
| 14234880 | | EDI: PRA.COM | Sep 10 2021 03:18:00 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14234881 | | EDI: PRA.COM | Sep 10 2021 03:18:00 | Portfolio Recovery Associates, LLC, c/o Carrie A. Brown, Esquire, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14234879 | + | EDI: PRA.COM | Sep 10 2021 03:18:00 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14234883 | + | EDI: RMCB.COM | Sep 10 2021 03:18:00 | Retrieval Masters Creditors Bureau, Inc., 2269 S. Saw Mill River Road, Building 3, Elmsford, NY 10523-3848 |
| 14251969 | + | EDI: CBS7AVE | Sep 10 2021 03:18:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14234884 | + | EDI: CBS7AVE | Sep 10 2021 03:18:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14234885 | + | EDI: CBSMASON | Sep 10 2021 03:18:00 | Stoneberry, P.O. Box 2820, Monroe, WI 53566-8020 |
| 14251979 | + | EDI: CBSMASON | Sep 10 2021 03:18:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14234886 | + | EDI: RMSC.COM | Sep 10 2021 03:18:00 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14234887 | + | EDI: RMSC.COM | Sep 10 2021 03:18:00 | Syncb/Ashley Furniture, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14234888 | + | EDI: RMSC.COM | Sep 10 2021 03:18:00 | Syncb/Jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14234889 | + | EDI: RMSC.COM | Sep 10 2021 03:18:00 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14234890 | + | EDI: RMSC.COM | Sep 10 2021 03:18:00 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14234894 | + | EDI: BLUESTEM | Sep 10 2021 03:18:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| 14296960 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2021 Signature: /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Lakeview Loan Servicing LLC jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Connie L Ishman thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Brian W Ishman thedebterasers@aol.com |
| Matthew John McClelland | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7