**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
　　BRIAN W ISHMAN
　　CONNIE L ISHMAN
　　　　　Debtor(s)

　　Ronda J. Winnecour
　　　　　Movant
　　　vs.
　　No Repondents.

Case No.:16-70397 JAD

Chapter 13

Document No.:78

FILED
9/9/21 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

　　AND NOW, this <u>  9th  </u> day of <u>  September  </u>, 20<u>21</u>, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT
jsf
_____
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70397-JAD |
| Brian W Ishman | Chapter 13 |
| Connie L Ishman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 1 of 4 |
| Date Rcvd: Sep 09, 2021 | Form ID: pdf900 | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian W Ishman, Connie L Ishman, 410 5th Street, Windber, PA 15963-1308 |
| 14234850 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 14300104 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14234862 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, P.O. Box 182676, Columbus, OH 43218 |
| 14234857 | + | Cowbird Emergency Physician, P.O. Box 38032, Philadelphia, PA 19101-0777 |
| 14234858 | + | Credit Bureau Centre, P.O. Box 273, Monroe, WI 53566-0273 |
| 14234860 | + | Embrace/Atlanticus, Po Box 105555, Atlanta, GA 30348-5555 |
| 14234863 | + | HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 14234865 | + | Law Offices of Fredric I Weinberg & Asso, 1001 E. Hector Street, Suite 200, Conshohocken, PA 19428-2395 |
| 14234866 | + | Luther P. Miller, Inc., 3484 Elton Road, Johnstown, PA 15904-1998 |
| 14234876 | + | MRS Assoc., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14234869 | #+ | Merchants Credit Guide, 223 W Jackson Blvd Ste 4, Chicago, IL 60606-6914 |
| 14234873 | + | Midland Funding, LLC, c/o Hayt, Hayt & Landau, LLC, 123 South Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |
| 14234874 | + | Midland Funding, LLC, Attn: Andrew Everett Callahan, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14234878 | + | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14234882 | + | Remit Corp, 36 W Main St, Bloomsburg, PA 17815-1703 |
| 14234891 | + | The Bureaus, 650 Dundee Road Suite 370, Northbrook, IL 60062-2757 |
| 14234892 | + | Union Plus Credit Card, P.O. Box 30255, Salt Lake City, UT 84130-0255 |
| 14234893 | | Verizon, P.O. Box 151254, Albany, NY 12212 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 09 2021 23:16:00 | Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| 14234849 | + | Email/Text: legal@arsnational.com | Sep 09 2021 23:16:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 14246822 | | Email/Text: ally@ebn.phinsolutions.com | Sep 09 2021 23:15:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14234848 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 09 2021 23:15:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14238170 | | Email/PDF: rmscedi@recoverycorp.com | Sep 09 2021 23:22:55 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 14234852 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 09 2021 23:23:01 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |

Case 16-70397-JAD    Doc 88    Filed 09/11/21    Entered 09/12/21 00:27:30    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-7 | User: mgut | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 09, 2021 | Form ID: pdf900 | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| 14234851 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 09 2021 23:23:01 | Cap One Na, Po Box 26625, Richmond, VA 23261-6625 |
| 14234853 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 09 2021 23:22:55 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14234854 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2021 23:22:56 | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14234855 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2021 23:22:50 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14234859 | + | Email/Text: bknotices@totalcardinc.com | Sep 09 2021 23:16:00 | Emblem MasterCard, P.O. Box 89210, Sioux Falls, SD 57109-9210 |
| 14254651 | + | Email/Text: bankruptcy@sccompanies.com | Sep 09 2021 23:16:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14234861 | + | Email/Text: bankruptcy@sccompanies.com | Sep 09 2021 23:16:00 | Ginnys, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14234864 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 09 2021 23:16:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14293534 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 09 2021 23:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14234856 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 09 2021 23:23:01 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14248751 | | Email/Text: camanagement@mtb.com | Sep 09 2021 23:16:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14234867 | | Email/Text: camanagement@mtb.com | Sep 09 2021 23:16:00 | M&T Bank, Lending Services, Customer Support, P.O. Box 900, Millsboro, DE 19966 |
| 14246342 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2021 23:22:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14275827 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2021 23:16:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14234868 | + | Email/Text: bankruptcy@sccompanies.com | Sep 09 2021 23:15:00 | Mason Easy Pay, P.O. Box 2808, Monroe, WI 53566-8008 |
| 14234870 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2021 23:22:49 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14234871 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2021 23:16:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14234872 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2021 23:16:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14234875 | + | Email/Text: bankruptcy@sccompanies.com | Sep 09 2021 23:16:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14254650 | + | Email/Text: bankruptcy@sccompanies.com | Sep 09 2021 23:16:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14234877 | | Email/Text: paparalegals@pandf.us | Sep 09 2021 23:16:00 | Patenaude & Felix, A.P.C., c/o Gregg L. Morris, Esquire, 213 East Main Street, Carnegie, PA 15106 |
| 14234880 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2021 23:22:55 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14234881 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2021 23:23:02 | Portfolio Recovery Associates, LLC, c/o Carrie A. Brown, Esquire, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14234879 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2021 23:22:49 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14234883 | + | Email/Text: bkrpt@retrievalmasters.com | Sep 09 2021 23:16:00 | Retrieval Masters Creditors Bureau, Inc., 2269 S. Saw Mill River Road, Building 3, Elmsford, NY 10523-3848 |

Case 16-70397-JAD  Doc 88  Filed 09/11/21  Entered 09/12/21 00:27:30  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0315-7 | User: mgut | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 09, 2021 | Form ID: pdf900 | Total Noticed: 60 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14251969 | + | Email/Text: bankruptcy@sccompanies.com | Sep 09 2021 23:16:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14234884 | + | Email/Text: bankruptcy@sccompanies.com | Sep 09 2021 23:16:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14234885 | + | Email/Text: bankruptcy@sccompanies.com | Sep 09 2021 23:15:00 | Stoneberry, P.O. Box 2820, Monroe, WI 53566-8020 |
| 14251979 | + | Email/Text: bankruptcy@sccompanies.com | Sep 09 2021 23:15:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14234886 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2021 23:23:01 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14234887 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2021 23:23:01 | Syncb/Ashley Furniture, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14234888 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2021 23:22:48 | Syncb/Jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14234889 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2021 23:22:54 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14234890 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2021 23:22:54 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14234894 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 09 2021 23:16:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| 14296960 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2021           Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 4 of 4 |
| Date Rcvd: Sep 09, 2021 | Form ID: pdf900 | Total Noticed: 60 |

Joshua I. Goldman
    on behalf of Creditor Lakeview Loan Servicing LLC jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Kenneth P. Seitz
    on behalf of Joint Debtor Connie L Ishman thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Debtor Brian W Ishman thedebterasers@aol.com

Matthew John McClelland
    on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7